**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Order Filed on
**06/03/2013**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In re:
MELODY RAIMOND

Debtors

: Case No.: 12-34441
:
: Chapter 13
:
: Hearing Date:
:
: Judge: Kathryn C. Ferguson

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: 06/03/2013**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(page 2)**
Debtor:  Melody Raimond
Case No.:  12-34441 KCF
Caption:  Order Granting Supplemental Chapter 13 Fees


        The applicant having certified that legal work supplemental to basic Chapter 13
services has been rendered, and no objections having been raised:


        ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a ~~200.~~
fee of $~~500~~ for services rendered and expenses in the amount of $0 for a total of $~~500~~. $200.00
The allowance shall be payable:


        ___x__  through the Chapter 13 Plan as an administrative priority from
                funds on hand
        _____   outside the Plan


        The debtor's monthly Plan is not modified, thus the debtor will continue to pay
$125 per month for the remaining months to allow for payment of aforesaid fee.


*Approved by Judge Kathryn C. Ferguson  June  03, 2013*